Daniel Feder (SBN 130867)
**LAW OFFICES OF DANIEL FEDER**
235 Montgomery Street Suite 1019
San Francisco, CA 94104
Telephone: (415) 391-9476
Facsimile:  (415) 391-9432
daniel@dfederlaw.com

Attorneys for Plaintiff
DAVID FRANKLIN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FRANKLIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BEACON HILL STAFFING GROUP, LLC; SEQUOIA LIVING, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:22-cv-01749-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUING THE HEARING ON THE MOTION TO DISMISS AND RELATED DEADLINES** |

This Stipulation is entered into by David Franklin, ("Plaintiff"), on the one hand, and Defendant Beacon Hill Staffing Group LLP ("Beacon Hill"), on the other hand, by and through their respective counsel, based on the following facts:

    1.    On February 17, 2022, Plaintiff filed the Complaint in this action.

    2.    On March 4, 2022, Beacon Hill was served with the Complaint.

    3.    The parties agreed to extend the time for Beacon Hill to file its responsive pleading to April 15, 2022.

    4.    On April 15, 2022, Defendant Beacon Hill filed the Motion to Dismiss/Lack of Jurisdiction.

    5.    Plaintiff Franklin's current deadline to respond to the Motion to Dismiss is April 29, 2022.

6. Plaintiff and Defendant have discussed the hearing date for the Motion to Dismiss, and, Plaintiff's Opposition filing deadline and jointly agree to stipulate to extend the time for Plaintiff to file his Opposition and to continue the hearing date.

7. This stipulation is made in good faith and not for the purpose of causing unwarranted delay. This is the first request for an extension made by Plaintiff Franklin. Therefore, the Parties stipulate as follows:

1. Plaintiff's deadline to respond to the Motion to Dismiss/Lack of Jurisdiction shall be extended by three weeks from April 29, 2022 to May 20, 2022.

2. The hearing on the Motion to Dismiss/Lack of Jurisdiction shall be continued from June 2, 2022 to June 30 ~~23~~, 2022.

**IT IS SO STIPULATED.**

| LAW OFFICES OF DANIEL FEDER | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
|---|---|
| /s/ Daniel Feder<br>Daniel Feder (#130867)<br>daniel@dfederlaw.com<br>235 Montgomery Street Suite 1019<br>San Francisco, CA 94104<br>Telephone: (415) 391-9476<br>Attorneys for Plaintiff,<br>David Franklin<br>Dated: April 29, 2022 | /s/ Madonna A. Herman<br>Madonna A. Herman (SBN 221747)<br>Madonna.herman@wilsonelser.com<br>Peter C. Catalanotti (SBN 230743)<br>peter.catalanotti@wilsonelser.com<br>525 Market Street, 17th Floor<br>San Francisco, California 94105-2725<br>Telephone: (415) 433-0990<br>Attorneys for Defendant Beacon Hill Staffing Group LLC<br>Dated: April 29, 2022 |

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence of Madonna Herman counsel of record for Defendant Beacon Hill Staffing Group LLC, in the filing of this Stipulation.

DATED: April 29, 2022                **THE LAW OFFICE OF DANIEL FEDER**
By: /s/ *Daniel L. Feder*
Daniel L. Feder

1  IT IS HEREBY ORDERED that the deadline for Plaintiff to file his Opposition to Defendant
2  Beacon Hill Staffing Group LLC's Motion to Dismiss is continued from April 29, 2022 to May 20,
3  2022.  The hearing for Defendant Beacon Hill Staffing Group LLC's Motion to Dismiss is
4  continued from June 3, 2022 to June ~~23~~ 30, 2022.  Reply is due 5/27/2022.

Dated: April 29, 2022

_____
Hon. Edward Chen