UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FRANKLIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BEACON HILL STAFFING GROUP, LLC, et al.,<br><br>　　　　Defendants. | Case No.  22-cv-01749-EMC<br><br>**ORDER RE FINAL JUDGMENT** |

On June 30, 2022, the Court issued a minute order granting Defendant's motion to dismiss for lack of personal jurisdiction.  The Court orders the Clerk of the Court to close the file in this case and enter a final judgment.

**IT IS SO ORDERED**.

Dated: September 1, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　United States District Judge